FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2008 MAR 18 PM 4: 04

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v | ) | CR298-00021-001 |
| | ) | |
| Troy Slay | ) | |

## ORDER

On March 12, 2008, the aforementioned defendant filed a motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2). Jurisdiction in this case was transferred to Docket Number 3:04-cr-374-J-20MMH, Middle District of Florida, Jacksonville Division, on January 11, 2005, and any modification in sentencing sought by the defendant must be presented to the aforementioned jurisdiction.

Therefore, the motion for modification of sentence is **denied**.

SO ORDERED, this ___ day of March, 2008.

_____
Judge, U.S. District Court